UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. _____ |
| v. | VIOLATION: 29 U.S.C. § 501© |
| | [Embezzlement, Stealing, Unlawfully & |
| GARY GOURLEY |  Willfully Converting Union Assets] |

**I N F O R M A T I O N**

The United States Attorney charges:

**COUNT ONE**

From on or about January 15, 1999 through on or about March 8, 2002, in the District of Connecticut, **GARY GOURLEY**, the defendant herein, while an officer of AFSCME Local 1522 ("the Union") within the meaning of 29 U.S.C. § 402(n), did unlawfully and willfully embezzle, steal and convert for his own use monies, funds, property and other assets of the Union, a labor organization engaged in an industry affecting commerce within the meaning of 29 U.S.C. §§ 402(I) and (j).  During the relevant time period, **GOURLEY**, as President of the Union, though not authorized to do so, had approximately 258 checks cut, totaling approximately $63,084, for services not rendered or expenses not reasonably incurred that he cashed and used for his own benefit.

All in violation of Title 29, United States Code, § 501(c).

                UNITED STATES OF AMERICA

                /s/
                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY

                /s/
                ANTHONY E. KAPLAN
                SUPERVISORY ASSISTANT
                UNITED STATES ATTORNEY

                /s/
                CHRISTOPHER W. SCHMEISSER
                ASSISTANT UNITED STATES ATTORNEY